# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE HOWARD,<br><br>             Plaintiff,<br><br>     v.<br><br>GRADTILLO, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:05-cv-00906-AWI-GBC (PC)<br><br>ORDER STRIKING DEFENDANTS'<br>SURREPLY<br>(Doc. 41) |

   Plaintiff Clarence Howard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On September 1, 2010, Defendants filed a motion for judgment on the pleadings.  (Doc. 36).  Plaintiff filed an opposition on September 27, 2010 and Defendants filed a reply on October 12, 2010 (Docs. 38 and 40).  On November 24, 2010, Plaintiff filed a surreply.  (Doc. 41).  Plaintiff and Defendants do not have a right to file a surreply under the Local Rules or the Federal Rules of Civil Procedure.

   Therefore, Plaintiff's surrply is ORDERED STRICKEN from the record.  (Doc. 41).

IT IS SO ORDERED.

Dated:   January 7, 2011                                   _____
                                                          UNITED STATES MAGISTRATE JUDGE

1