1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   CLARENCE HOWARD,                     CASE NO. 1:05-cv-00906-AWI-GBC (PC)

10               Plaintiff,          ORDER GRANTING DEFENDANTS'
                                       MOTION TO DEPOSE PLAINTIFF BY VIDEO
11        v.                            CONFERENCE

12   GRADTILLO, et al.,                   (Doc. 60)

13              Defendants.

14

15  _____/

16        Plaintiff Clarence Howard ("Plaintiff") is a state prisoner proceeding pro se and in forma

17  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The scheduling order was issued

18  on March 31, 2011, and this action is currently in the discovery phase.  (Doc. 50).  On October 26,

19  2011, Defendants filed a motion seeking leave to depose Plaintiff by video conference.

20        Defendants' motion is HEREBY GRANTED.

21

22  IT IS SO ORDERED.

23

Dated:   October 31, 2011

24                              UNITED STATES MAGISTRATE JUDGE

25
26
27
28