# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE HOWARD, | CASE NO. 1:05-cv-00906-AWI-GBC (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO DEPOSE PLAINTIFF BY VIDEO CONFERENCE |
| v. | |
| GRADTILLO, et al., | (Doc. 60) |
| Defendants. | |
| _____ / | |

Plaintiff Clarence Howard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The scheduling order was issued on March 31, 2011, and this action is currently in the discovery phase.  (Doc. 50).  On October 26, 2011, Defendants filed a motion seeking leave to depose Plaintiff by video conference.

Defendants' motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   October 31, 2011

_____
UNITED STATES MAGISTRATE JUDGE

1