UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE HOWARD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GRADTILLO, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-00906-AWI-GBC (PC)<br><br>ORDER GRANTING MOTION TO AMEND DISCOVERY AND SCHEDULING ORDER<br><br>Discovery Cut-Off Date - 01/16/2012<br>Dispositive Motion Deadline - 03/16/2012<br><br>(Doc. 62) |

　　　　Plaintiff Clarence Howard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's amended complaint, filed June 22, 2009, against Defendants Bennett, Avila and Jones ("Defendants") for excessive force on April 3, 2003, in violation of the Eighth Amendment. (Doc. 22, First Amd. Comp.; Doc. 27, a Cog Claim Ord.). On October 28, 2011, Defendants filed a motion to amend the discovery and scheduling order originally filed on March 31, 2011. (Doc. 62).

　　　　Since good cause has been shown, the Court grants Defendants' motion to amend the discovery and scheduling order and will extend the deadlines to file dispositive motions. (Doc. 62). The scheduling order is now amended as follows:

　　　　1. The parties are advised that the deadline for the completion of all discovery, including filing motions to compel, shall be 01/16/2012;

1

    2. The deadline for filing pre-trial dispositive motions shall be 03/16/2012;[1]

    3. **A request for an extension of a deadline set in this order must be filed on or before the expiration of the deadline in question**; and

    4. **Extensions of time will only be granted on a showing of good cause.**

IT IS SO ORDERED.

Dated:  November 3, 2011

                                      UNITED STATES MAGISTRATE JUDGE

---

[1] The pre-trial dispositive motion deadline does not apply to the filing of unenumerated Rule 12(b) motions to dismiss for failure to exhaust. Unenumerated Rule 12(b) motions for failure to exhaust must be filed on or before the deadline separately set forth in the previous scheduling order.

2