# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE HOWARD,<br><br>                    Plaintiff,<br><br>     v.<br><br>GRADTILLO, et al.,<br><br>                    Defendants. | CASE NO. 1:05-cv-00906-AWI-SAB (PC)<br><br>ORDER INSTRUCTING PLAINTIFF TO CLARIFY HIS "PRE-TRIAL MOTION"<br><br>(ECF No. 81.)<br><br>TWENTY-ONE-DAY DEADLINE |

Plaintiff Clarence Howard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's civil action was originally filed on June 13, 2005 and a first amended complaint was filed on June 22, 2009. (ECF Nos. 1 & 22.) On March 16, 2012, Defendants filed a motion for summary judgment. (ECF No. 79.) On May 8, 2012, Plaintiff filed a "Memorandum in Support of Plaintiff's Pre-Trial Motion." (ECF No. 81.)

The Court is unable to determine if Plaintiff's "Memorandum in Support of Plaintiff's Pre-Trial Motion" is an opposition to Defendants' motion for summary judgment or an attempt to file a motion for summary judgment. The Court will not speculate as to Plaintiff's intentions regarding this matter.

//
//
//

1

Accordingly, within **twenty-one (21) days** of the issuance of this order, Plaintiff SHALL notify the Court in writing whether his "Memorandum in Support of Plaintiff's Pre-Trial Motion" is an opposition to Defendants' motion for summary judgment or a motion for summary judgment.

IT IS SO ORDERED.

Dated: **February 8, 2013**   /s/ **Stanley A. Boone**
UNITED STATES MAGISTRATE JUDGE