# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE HOWARD,<br><br>        Plaintiff,<br><br>   v.<br><br>GRADTILLO, et al.,<br><br>        Defendants. | CASE NO. 1:05-cv-00906-AWI-SAB (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S "PRE-TRIAL MOTION" AS MOOT<br><br>(ECF No. 81.) |

Plaintiff Clarence Howard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's civil action was originally filed on June 13, 2005 and a first amended complaint was filed on June 22, 2009. (ECF Nos. 1 & 22.) On March 16, 2012, Defendants filed a motion for summary judgment. (ECF No. 79.) On May 8, 2012, Plaintiff filed a "Memorandum in Support of Plaintiff's Pre-Trial Motion." (ECF No. 81.) On May 8, 2012, Plaintiff submitted an opposition. (ECF No. 82.) On May 11, 2012, Defendants submitted a reply. (ECF No. 84.) On August 2, 2012, the Court issued an order permitting Plaintiff opportunity to withdraw his opposition and file an amended opposition in light of Woods v. Carey, 684 F.3d 934 (9th Cir. 2012). (ECF No. 87.) Plaintiff filed an amended opposition on October 3, 2012. (ECF No. 91.)

    Initially, the Court was unable to determine the nature of Plaintiff's May 8, 2012 "Memorandum in Support of Plaintiff's Pre-Trial Motion." (ECF No. 81.) On February 8, 2013, the Court issued an order instructing Plaintiff to clarify the document. (ECF No. 97.) On March 6, 2013, Plaintiff filed an affidavit clarifying the memorandum as support for his opposition to

summary judgment. (ECF No. 98.) Due to the fact that Plaintiff filed an amended opposition on October 3, 2012, Plaintiff's May 8, 2012 "Memorandum in Support of Plaintiff's Pre-Trial Motion." is hereby DISREGARDED as MOOT.

IT IS SO ORDERED.

**Dated:   March 15, 2013**

UNITED STATES MAGISTRATE JUDGE