# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE HOWARD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GRADTILLO, et al.,<br><br>　　　　　　Defendants. | Case No. 1:05-cv-00906-AWI-SAB (PC)<br><br>ORDER DISCHARGING THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 107) |

Plaintiff Clarence Howard ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 13, 2005. This matter is currently set for a settlement conference before the Honorable Magistrate Judge Carolyn K. Delaney. On May 28, 2013, a minute order issued continuing the settlement conference to June 19, 2013. (ECF No. 110.) Accordingly,

IT IS HEREBY ORDERED that Plaintiff Clarence Howard, CDCR #C-16823, is no longer needed by the Court on June 12, 2013, and the writ of habeas corpus ad testificandum as to this inmate is DISCHARGED. A separate writ of habeas corpus ad testificandum will issue concurrently with this order to reflect the new date and time of the settlement conference.

IT IS SO ORDERED.

Dated: **May 29, 2013**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1