# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE HOWARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GRADTILLO, et al.,<br><br>　　　　　Defendants. | Case No.  1:05-cv-00906-AWI-SAB (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT CLARENCE HOWARD, CDC #C-16823**<br><br>DATE: June 19, 2013<br>TIME:　9:30 a.m. |

　　　Clarence Howard, CDCR # C-16823, a necessary and material witness in a settlement conference in this case on June 19, 2013, is confined in California State Prison-Corcoran (CSP-COR), 4001 King Avenue, Corcoran, California 93212, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney at the U. S. District Court, 501 I Street, Sacramento, California 95814, Courtroom #24 on Wednesday, June 19, 2013 at 9:30 a.m.

　　　**ACCORDINGLY, IT IS ORDERED that:**

　　　1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

　　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

　　　3. The Clerk of the Court is directed to serve a courtesy copy of this Order and Writ of Habeas Corpus ad Testificandum on the Out-to-Court Desk, California State Prison-Sacramento, P.O. Box 290007, Represa, California 95671.

　　　**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CSP-COR, P. O. Box 8800, Corcoran, California 93212:**

　　　**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day today until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

///
///

1  **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **May 29, 2013**

UNITED STATES MAGISTRATE JUDGE