1    KAMALA D. HARRIS, State Bar No. 146672
     Attorney General of California
2    MISHA D. IGRA, State Bar No. 208711
     Supervising Deputy Attorney General
3     1300 I Street, Suite 125
     P.O. Box 944255
4     Sacramento, CA 94244-2550
     Telephone: (916) 324-5388
5     Fax: (916) 324-5205
     E-mail: Misha.Igra@doj.ca.gov
6    *Attorneys for Defendants*
     *Jones, Avila and Bennett*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CLARENCE HOWARD,** | 1:05-cv-00906-AWI-SAB |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| **GRADTILLO, et al.,** | |
| Defendant. | |

Plaintiff Clarence Howard (C-16823) and Defendants have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

1

Each party shall bear its own litigation costs and attorney's fees.

IT IS SO STIPULATED.

Dated:   6/19/13                              /s/ *Clarence E. Howard*
                                              CLARENCE HOWARD, Plaintiff


Dated:   6/19/13                              /s/ *Misha D. Igra*
                                              MISHA D. IGRA
                                              Supervising Deputy Attorney General
                                              *Attorney for Defendants*


In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file.


IT IS SO ORDERED.

Dated:   June 25, 2013                        _____
                                              SENIOR DISTRICT JUDGE

2