KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MISHA D. IGRA, State Bar No. 208711
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5388
 Fax: (916) 324-5205
 E-mail: Misha.Igra@doj.ca.gov
*Attorneys for Defendants
Jones, Avila and Bennett*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CLARENCE HOWARD,** | 1:05-cv-00906-AWI-SAB |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| **GRADTILLO, et al.,** | |
| Defendant. | |

Plaintiff Clarence Howard (C-16823) and Defendants have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

1

Stip. For Dismissal with Prejudice  (1:05-cv-00906-AWI-SAB)

Each party shall bear its own litigation costs and attorney's fees.

IT IS SO STIPULATED.

Dated:   6/19/13                               /s/ *Clarence E. Howard*
                                               CLARENCE HOWARD, Plaintiff


Dated:   6/19/13                               /s/ *Misha D. Igra*
                                               MISHA D. IGRA
                                               Supervising Deputy Attorney General
                                               *Attorney for Defendants*

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated:   June 25, 2013                         _____
                                               SENIOR DISTRICT JUDGE

2

Stip. For Dismissal with Prejudice  (1:05-cv-00906-AWI-SAB)