UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE. HOWARD,<br><br>         Plaintiff,<br><br>     v.<br><br>GRADTILLO, et al.,<br><br>         Defendants. | Case No.: 1:05-cv-00906-AWI-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FILED MARCH 10, 2014<br><br>[ECF No. 119] |

On June 24, 2013, the parties notified that the Court that they had settled this case in its entirety. On June 25, 2013, by stipulation of the parties the instant action filed pursuant to 42 U.S.C. § 1983 was dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (ECF No. 117.)

On March 10, 2014, Plaintiff filed a motion for an order to show cause and temporary restraining order to direct Defendants to comply with the settlement agreement. Defendants have not filed a response to Plaintiff's motion. Plaintiff's motion was served on defense counsel via the Court's Case Management Electronic Filing System. (ECF No. 119.) In order to properly analyze Plaintiff's

///

///

///

///

1

1  motion, the Court finds it necessary for Defendants to file a response to the motion within **fifteen (15)**
2  days from the date of service of this order.

4  IT IS SO ORDERED.

5  Dated: __**April 25, 2014**__

6  UNITED STATES MAGISTRATE JUDGE